UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KATHLEEN ALEXANDER,                      )        Case No. CV 16-3221-DOC (JEM)
                                         )
                      Plaintiff,         )
                                         )        ORDER ACCEPTING FINDINGS AND
          v.                             )        RECOMMENDATIONS OF UNITED
                                         )        STATES MAGISTRATE JUDGE
NANCY A. BERRYHILL, Acting               )
Commissioner of Social Security          )
Administration,                          )
                                         )
                      Defendant.         )
                                         )

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file,

and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has

filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the

Report and Recommendation to which Plaintiff has objected.  The Court accepts the findings

and recommendations of the Magistrate Judge.

   **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend or Alter Judgment Under

Fed. R. Civ. P. 59(d) is DENIED.


DATED:  May 15, 2018             _David O. Carter_
                      DAVID O. CARTER
                      UNITED STATES DISTRICT JUDGE